# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | 25-mj-06995-JLB-1 |
|---|---|---|
| vs | **ABSTRACT OF ORDER** | |
| Franz Moses Gourgue | Booking No. | 35836506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  1/22/2026  the Court entered the following order:

☐  Defendant be released from custody.

☐  Defendant placed on supervised / unsupervised probation / supervised release.

☐  Defendant continued on supervised / unsupervised probation / supervised release.

☐  Defendant released on _____ Bond posted.

☐  Defendant appeared in Court. FINGERPRINT & RELEASE.

☐  Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

☐  Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐  Bench Warrant Recalled.

☐  Defendant forfeited collateral.

**X**  Case dismissed.

☐  Case dismissed, charges pending in case no.

☐  Defendant to be release to Pretrial Services for electronic monitoring.

☐  Other.

JILL L. BURKHARDT
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  A. Smith  619-557-6425

Crim-9 (Rev. 09/23)
Original